# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Philadelphia Indemnity Insurance Company,

        Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                             3:10cv163

X-Wire Technologies, Inc. ,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 27, 2011 Order.

Signed: June 27, 2011

Frank G. Johns, Clerk
United States District Court